IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MEYOKIE ASHLEY on behalf of<br>LJA, a minor, | * * * | |
| Plaintiff, | * | |
| v. | * * | No. 4:12-cv-00159-JJV |
| MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration, | * * * | |
| Defendant. | * | |

## ORDER

Plaintiff filed this action on March 12, 2012 (Doc. No. 2). Summons was issued and forwarded to Plaintiff for service on March 14, 2012, per the court docket, but proof of service has not been filed. Plaintiff is hereby notified she must provide proof of service on Defendant within thirty days of the date of this Order. In accordance with Federal Rule of Civil Procedure 4(m), failure to obtain service shall result in the dismissal of Plaintiff's Complaint, without prejudice.[1]

IT IS SO ORDERED this 14th day of August, 2012.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] FED. R. CIV. P. 4(m) Time Limit for Service: "If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."